1 MARJIE D. BARROWS (State Bar No. 122129)
KATHLEEN M. DeLANEY (State Bar No. 196376)
2 **FORAN GLENNON PALANDECH**
   **PONZI & RUDLOFF PC**
3 2000 Powell Street, Suite 900
Emeryville, CA 94608
4 Telephone: (510) 740-1500
Facsimile: (510) 740-1501
5 Email: mbarrows@fgppr.com
            kdelaney@fgppr.com
6
7 Attorneys for Defendant TRAVELERS
COMMERCIAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MURO, an individual, and LUPE MURO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 1:17-CV-00170-LJO-MJS<br><br>**STIPULATION TO EXTEND CERTAIN PRE-TRIAL DEADLINES**<br><br>Complaint Filed: February 7, 2017 |

Plaintiffs RAYMOND MURO, an individual, and LUPE MURO, an individual (collectively "Plaintiffs") and Defendant TRAVELERS COMMERCIAL INSURANCE COMPANY ("Travelers"), by and through their respective counsel, hereby submit this Stipulation and Proposed Order for a continuance of certain pre-trial deadlines

WHEREAS, the Scheduling Order dated May 11, 2017 set a trial date of September 11, 2018 and attendant pre-trial deadlines;

WHEREAS, the parties desire to participate in a meaningful mediation prior to completing percipient discovery and incurring costs associated with expert discovery;

WHEREAS, because of scheduling conflicts, the parties cannot complete mediation until January 2018;

-1-
STIPULATION TO EXTEND DEADLINES – CASE NO. 1:17-CV-00170-LJO-MJS

WHEREAS, the parties wish to continue pre-trial deadlines to permit them to mediate this matter before completing percipient discovery and before the parties incur costs associated with expert discovery;

WHEREAS, this is the first continuance that the parties have requested;

WHEREAS, the parties' counsel have conferred and stipulated to a continuance of the dates set forth in the Scheduling Order as follows:

Discovery Deadlines:
    Non-Expert: 3/9/2018
    Expert: 4/23/2018

Expert Disclosure Deadlines:
    Filing: 3/30/2018
    Supplemental/Rebuttal: 4/13/2018

Motion Deadlines:
    Non-Dispositive:
        Filing: 5/7/2018
        Hearing: To Be Determined
    Dispositive:
        Filing: 5/11/2018
        Hearing: 6/26/2018 at 8:30 AM

NOW THEREFORE, it is stipulated that the parties agree to continue certain pre-trial deadlines as set forth above

DATED: November 21, 2017    **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:   /s/ Marjie D. Barrows
      Marjie D. Barrows
      Kathleen M. DeLaney

Attorneys for Defendant TRAVELERS COMMERCIAL INSURANCE COMPANY

DATED: November 21, 2017    **KERLEY SCHAFFER LLP**

By:   /s/ J. Edward Kerley
      J. Edward Kerley
      Dylan L. Schaffer

Attorneys for Plaintiffs RAYMOND and LUPE MURO

-2-
STIPULATION TO EXTEND DEADLINES – CASE NO. 1:17-CV-00170-LJO-MJS

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

# **ORDER**

The Court has considered the above Stipulation to Continue Certain Pre-trial Deadlines. Given this Court's **policy of not changing dispositive motion deadlines or pretrial conference and trial dates**, but good cause appearing for modifying earlier pretrial dates and deadlines,

IT IS HEREBY ORDERED THAT:

The Scheduling Order is modified so that the deadlines in this matter are as follows:

Discovery Deadlines:
  Non-Expert: 3/9/2018
  Expert: 4/23/2018

Expert Disclosure Deadlines:
  Filing: 3/30/2018
  Supplemental/Rebuttal: 4/13/2018

Non-Dispositive Motion Deadline:
  Filing: 5/7/2018
  Hearing: To Be Determined

**The Deadline for filing and hearing dispositive motions shall remain April 13, 2018 and May 29, 2018, respectively, the Pretrial Conference will remain as scheduled on July 17, 2018, and trial shall begin on September 11, 2018, as previously scheduled.**

IT IS SO ORDERED.

Dated: November 21, 2017          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

-3-
STIPULATION TO EXTEND DEADLINES – CASE NO. 1:17-CV-00170-LJO-MJS