J. Edward Kerley (175695)
Dylan L. Schaffer (153612)
Christopher Carling (254166)
**Kerley Schaffer LLP**
1939 Harrison Street, #500
Oakland, California 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350

Attorneys for Plaintiffs
Raymond and Lupe Muro

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Raymond Muro**, an individual, and **Lupe Muro**, an individual,<br><br>  Plaintiffs,<br><br>v.<br><br>**Travelers Commercial Insurance Company,** a corporation, and **Does 1 through 10**,<br><br>  Defendants. | Case No. 1:17-CV-00170-LJO-MJS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby dismissed with prejudice pursuant to Fed. Rule of Civ. Pro. 41(a)(1). This Stipulation is made pursuant to the terms of the Confidential Settlement and Release Agreement ("SAR") executed by the parties in relation to this matter. The parties agree that this Court shall retain

jurisdiction to enforce the terms of the SAR.  All parties to bear their own attorney's fees and costs.

Dated: **KERLEY SCHAFFER LLP**

   /s/ Christopher Carling
J. Edward Kerley
Dylan L. Schaffer
Christopher Carling
Attorneys for Plaintiffs LUPE MURO and RAYMOND MURO

Dated: **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

   /s/ Kathleen M. DeLaney
Marjie D. Barrows
Kathleen M. DeLaney
Attorneys for Defendant TRAVELERS COMMERCIAL INSURANCE COMPANY

## ORDER

The foregoing Stipulation is accepted and adopted as the Order of this Court.

Case No. 1:17-CV-00170-LJO-MJS is hereby dismissed on the request of the parties. The Clerk shall close the case.

IT IS SO ORDERED.

Dated:   March 1, 2018        /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL